```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05809
   FELIPE RODRIGUEZ
   WENDY RODRIGUEZ                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8810      SSN XXX-XX-4233
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/01/07 and confirmed on 07/17/07.

   2.  The case was dismissed after confirmation, 05/30/2008.

   3.  The Debtor paid a total of $ 47772.78 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 20088.06 | .00 | 20088.96 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 13094.10 | .00 | 603.73 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | 5748.68 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 2894.87 | .00 | 133.48 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 18002.17 | 1231.31 | 5978.41 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 17095.49 | 1164.61 | 5861.36 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 584.10 | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 230.18 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 854.89 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 950.11 | .00 | .00 |
| TIDWATER MOTOR CREDIT | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 71174.69 | .00 | 2619.28 | .00 | 73793.97 |
| PRINCIPAL PAID | 38414.62 | .00 | .00 | .00 | 38414.62 |
| INTEREST PAID | 2395.92 | .00 | .00 | .00 | 2395.92 |
| TOTAL PAID | 40810.54 | .00 | .00 | .00 | 40810.54 |

The Debtor's attorney, JOSEPH P DOYLE            , was allowed $   3000.00 and was paid $     646.00  direct and $   2354.00  through the plan.

The Trustee received $   1900.52 .

Refunds to the Debtor totaled $   2707.72 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                     /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE